

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

Monroe Crowner Harrod Jr., Prisoner ID No. NONE
Baltimore Detention Ctr, Pre-trial Det
401 E. Eager St
Baltimore, MD 21202

| | |
|---|---|
| **Asset Id:** | 01-DEA-390295 |
| **Case Number:** | GC-01-0076 |
| **Property:** | 1993 Cadillac Seville STS (See Attached List) |
| **Vehicle ID No:** | 1G6KY5291PU810933 |
| **Asset Value:** | $11,420.00 |
| **Seizure Date:** | 03/12/01 |
| **Seizure Place:** | Brooklyn, MD |
| **Owner Name:** | Harrod Jr., Monroe Crowner |
| **Seized From:** | Harrod Jr., Monroe Crowner |
| **Judicial District:** | District of Maryland |

**NOTICE MAILING DATE:** April 27, 2001

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **June 1, 2001**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant.

**WHERE TO FILE CORRESPONDENCE**

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, Caller Number 91017, Arlington, Virginia 22202. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WHEN ACTUALLY RECEIVED BY THE DEA ASSET FORFEITURE SECTION IN ARLINGTON, VIRGINIA. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset Id referenced above should be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**



DRUG ENFORCEMENT ADMINISTRATION
OFFICE OF CHIEF COUNSEL
ASSET FORFEITURE SECTION
P.O. BOX 28356
WASHINGTON, D.C. 20038

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CERTIFIED MAIL

7000 1530 0002 1944 3409

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
APR 27'01
PB METER 7251474
$4.00
U.S. POSTAGE

RETURN TO SENDER
___ Not at this institution
___ Need ID Number
✓ Can Not Identify
4099

Monroe Crowner Harrod Jr.,
Prisoner ID No. NONE
Baltimore Detention Ctr, Pre-trial Det
400 E. Eager St
Baltimore, MD 21202

RETURN TO SENDER

317677
AM 11:30

SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE (28 CFR § 540.18)

7000 1530 0002 1944 3409

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, May 2000 See Reverse for Instructions



DRUG ENFORCEMENT ADMINISTRATION
OFFICE OF CHIEF COUNSEL
ASSET FORFEITURE SECTION
P.O. BOX 28356
WASHINGTON, D.C. 20038

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**CERTIFIED MAIL**

7000 1530 0002 1944 3379

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
APR 27 '01
PB METER 7251474
$4.00
U.S. POSTAGE

RETURN TO SENDER
UNCLAIMED

DEA MAIL ROOM
2001 MAY 17 AM 10:42
3176

Monroe Crowner Harrod Jr.
4117 Old Muddy Creek Rd
Edgewater, MD 21037

4/28/01
5/5
Ret 5/10

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, May 2000 See Reverse for Instructions

7000 1530 0002 1944 3379



DRUG ENFORCEMENT ADMINISTRATION
OFFICE OF CHIEF COUNSEL
ASSET FORFEITURE SECTION
P.O. BOX 28356
WASHINGTON, D.C. 20038

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CERTIFIED MAIL

7000 1530 0002 1944 3362

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PB METER 7251474
$ 4.00
U.S. POSTAGE
APR 27'01

UNCLAIMED
BALTIMORE MD 21225-9998

Monroe Crowner Harrod Jr.
912 Washburn Ave
Brooklyn,

317677
2001 MAY 22 AM 11:55
DEA

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, May 2000 See Reverse for Instructions

7000 1530 0002 1944 3362

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Albright

1. Article Addressed to:

Asset ID: 01-DEA-390215
Monroe Crowner Harrod Jr.
c/o Howard Cardin/Esq
10 E. Mulberry St
Baltimore, MD 21202

&C

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Fern Spence
B. Date of Delivery: 30 APR 03

C. Signature: X Fern Spence
☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 1530 0002 1944 3393    604

PS Form 3811, July 1999    Domestic Return Receipt    JG.    102595-99-M-1789

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, May 2000    See Reverse for Instructions

7000 1530 0002 1944 3393

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asset ID: 01-DEA-390295
Monroe Crowner Harrod Jr.
c/o Gary Christopher/Esq
101 W. Lombard St
Baltimore, MD 21201

8C

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) L. Kelly

B. Date of Delivery 4-30-01

C. Signature X L. Kelly Jr ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7000 1530 0002 1944 3515 608

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

7000 1530 0002 1944 3515

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, May 2000 See Reverse for Instructions


DRUG ENFORCEMENT ADMINISTRATION
OFFICE OF CHIEF COUNSEL
ASSET FORFEITURE SECTION
P.O. BOX 28356
WASHINGTON, D.C. 20038
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300
CERTIFIED MAIL
7000 1670 0012 0680 8642
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
SEP 25'01
PB METER 7251474
3.94
U.S. POSTAGE
Easton, MD 21601
RETURN TO SENDER
RETURN TO SENDER
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees
Postmark Here
Sent To
Street, Apt. No., or PO Box No.
City, State, ZIP+4
7000 1670 0012 0680 8642

DRUG ENFORCEMENT ADMINISTRATION
OFFICE OF CHIEF COUNSEL
ASSET FORFEITURE SECTION
P.O. BOX 28356
WASHINGTON, D.C. 20038

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CERTIFIED MAIL

7000 1670 0007 8380 0391

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
ARLINGTON VA DEC 05 '01
PB METER 7151474
$4.50
U.S. POSTAGE

Monroe Crowner Harrod Jr.
Prisoner ID No. 3255703
MCAC
401 E. Madison St.
Baltimore, MD 21202

RETURN TO SENDER

Not at 401 E. Madison
21202
4099

212024425B 5B

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, May 2000 See Reverse for Instructions

7000 1670 0007 8380 0391