IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | CIVIL ACTION NO: WDQ-02-2816 |
| ONE 1993 CADILLAC SEVILLE STS, | * |
| ONE 1997 FORD EXPEDITION, and | * |
| $20,222.00 U.S. CURRENCY, | * |
| Defendants. | * |

* * * *          * * *

ORDER

For the reason stated in the accompanying Memorandum Opinion, it is this 16th day of July 2000,

ORDERED that Judgment be entered for the United States forfeiting to the United States the above entitled Cadillac, the above entitled Ford Expedition, and $19,527; and it is

FURTHER ORDERED, that the United States shall return the sum of $695.00 to Claimant Monroe Harrod, Jr.

_____
WILLIAM D. QUARLES, JR.
United States District Judge

7