# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

USA      *
    Plaintiff

     *

vs.      Case No.: WDQ-02-2816

ONE 1993 CADILLAC SEVILLE
STS (VIN # 1G6KY5291PU810933)      *
    Defendant

******

## Stipulation Regarding Return of Exhibits

The parties hereby STIPULATE that the below listed physical exhibits be returned to the custody of and retained by counsel and movant who offered them, pending appeal.

| GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| _All_ | |

All Government's exhibits returned: __JUL 3 0 2003__

All Defendant's exhibits returned: _____

Received the above listed exhibits this date:

Counsel for Government:
_[signature]_
ANDREA SMITH, AUSA

Counsel for Defendant(s):

MONROE HARROD

JUL 3 0 2003

trict Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2003 AUG -4 P 2:30
CLERK'S OFFICE AT BALTIMORE
DEPUTY