Monroe Harrod
#34557-037
P.O. Box 90043
Petersburg, VA 23804

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 AUG -4 A 10:08
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

JUL 31 2003

Clerk of the Court
U.S. District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201-2691

Re: Case No.: WDQ-02-2816

Dear Clerk,

I am requesting that this court send me a copy of all exhibits submitted in the above case number. Some of the exhibits were sent to the court from my attorney and I am without copies to further challenge the ruling on appeal if they are so needed.
Thank you for your kind cooperation in this matter.

Dated: July 29.03

Sincerely

Monroe Harrod

